| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION** | **VOLUNTARY PETITION** Case No. **09 B** |
| Name of Debtor (if individual, enter Last, First, Middle: **CHRISTIAAN P. VAN DEUR, JR.** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8) years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-0891 | Social Security/EIN/Tax ID No. (if more than one, state all):   XXX-XX- |
| Street Address of Debtor: 419 Greenleaf Avenue Wilmette, Illinois  60091-1911 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business Cook | County of Residence or Place of Business |
| Mailing Address of Debtor or of Joint Debtor (if different from street address) | |
| Location of Principal Assets of Business Debtor (if different from street address): | |

**Type of Debtor**
X__     Individual
___     Corporation
___     Partnership
___     Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
   in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other

**Tax-Exempt Entity**
__ Debtor is a tax-exempt organization under Title 26 United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code of Filing**
__ Chapter 7          __ Chapter 15 Petition
__ Chapter 9              for Recognition of
__ Chapter 11          Foreign Main Proceeding
__ Chapter 12          __ Chapter 15 Petition for
_X_ Chapter 13         Recognition of a Foreign
                       Nonmain Proceeding

**Nature of Debts**
X__ Primarily Consumer __ Primarily business Debts, defined in 11 USC 101(8) as "incurred by an individual primarily for a personal, family or house-hold purpose."

**Chapter 11 Debtors**
__ Debtor is a small business under 11 USC 101(51D).
__ Debtor is not a small business under 11 USC 101(51D).

__ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than  $2,190,000.

**Filing Fee**
_X_     Full filing fee attached
__     Filing fee to be paid in installments (individuals only). Must attach signed application for court's consideration certifying That debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
__     Filing Fee waiver requested (Chapter 7 individuals Only).  Must attch signed application for court's consideration.  See Official Form 3B.

**Statistical / Administrative Information**
____     Debtor estimates that funds will be available for distribution to unsecured creditors.
X___    Debtor estimates that, after exempt property is excluded and administrative expenses
         paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__  1 – 49       ____  50 – 99       ____   100 or more

**Estimated Assets**
__       $0 – $50,000          ____     $50,001 - $100,000 __X__ $100,001 or greater

**Estimated Debts**
__       $0 – $50,000          ____     $50,001 - $100,000 __X___      $100,001 or greater

**VOLUNTARY PETITION**                Case No. **09 B**           Page 2
**CHRISTIAAN P. VAN DEUR, JR.,**       Debtor

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:          Case Number:          Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:          Case Number:          Date of Filing:

District:                    Relationship:         Judge:

| **Exhibit A** | **Exhibit B** (to be completed if debtor is an individual whose debts are primarily consumer debts) |
|---|---|
| (To be completed if Debtor is required To file periodic reports with the Securities and Exchange Commission and requesting relief under Chapter 11).<br>___ Exhibit A attached. | I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that they may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to them the relief available under each Chapter. I certify that I have delivered to Debtors the notice required by Title 11 USC Section 342(b).<br>**X**_____/s/_Michael J. Greco_____ 5/18/2009<br>Signature of Michael J. Greco, Attorney for Debtor(s)   Date |

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtors is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtors has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification. (11 USC Section 362(1)).

| | | |
|---|---|---|
| **VOLUNTARY PETITION** | Name of Debtor(s):   Case No. **09 B**<br>**CHRISTIAAN P. VAN DEUR, JR.** | Page 3 |

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 13.


_____/s/_____
Signature of Debtor **CHRISTIAAN P. VAN DEUR, JR.**

**Signature of Attorney***


Respectfully submitted,


By:_____/s/\_Michael J. Greco \_\_\_
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   May  18, 2009


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

In re:  **CHRISTIAAN P. VAN DEUR, JR., Debtor.**      Case No.  **09 B**

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both or the marital community own the property by placing an "H," "W," "J," or "C" respectively in the column so labeled.   If the Debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

State the amount  of any exemption claimed in the property only in Schedule C -  Property Claimed as Exempt.

| Description and location of property | Nature of Debtor's Interest in Property | H W J C | Current Market Value of Debtor's Interest without Deducting any Secured claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single family residence<br>419 Greenleaf Avenue<br>Wilmette, Illinois  60091 | Fee Simple | | $420,000.00 | $389,000.00 |
| Residential Condominium<br>204 Leonard Wood S.<br>Unit 104<br>Highland Park, IL  60035 | Undivided One-half Interest in Fee Simple | | $150,000.00 | $216,433.00 |
| | | TOTAL | $570,000.00 | $605,433.00 |

(Report also on Summary of Schedules)

**In re: CHRISTIAAN P. VAN DEUR, JR., Debtor.**     Case No. **09 B**

## SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of any kind.  If the debtor is married, state whether the husband, wife, both or the marital community own the property by placing an "H," "W," "J," or "C" respectively in the column so labeled.   If the Debtor has no property in one or more of the categories, ,write an "X" in the corresponding position in the column labeled "None."    State the amount  of any exemption claimed in the property only in Schedule C -  Property Claimed as Exempt.
**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the Debtor by someone else, state that person's name and address  under "Description and Location of Property."   If the property is being held for a minor child, state the child's initials and the name and address of the child's parent or guardian. Do not disclose the child's name.  See 11 USC Section 112 and Fed. Rule Bankr. P. 1007(m).

| Type of property | NONE | Description and location of property | HWJC | Current Market Value of debtor's Interest without Deducting claim Or Exemption |
|---|---|---|---|---|
| 1.  Cash on Hand | | Cash on Hand | | $100.00 |
| 2.  Checking, savings or other financial accounts | | Checking account, Savings account (ING) Savings Account | | $1,400.00 $100.00 $1,800.00 |
| 3.  Security deposits with public utilities, landlords | N | | | |
| 4.  Household goods and furnishings (audio, video) | | TV, furniture, DVD player, personal effects | | $1,650.00 |
| 5.  Books, pictures and art objects, record, tape and compact disc collections, other collectibles. | | Books, CDs, DVDs, miscellany | | $600.00 |
| 6.  Wearing apparel | | Wearing apparel | | $900.00 |
| 7.  Furs and jewellery | | Jewellery | | $500.00 |
| 8.  Firearms, photographic, sports,and hobby equipment | N | | | |
| 9.  Interests in insurance policies. (Name insurance company of each policy and surrender or refund value | | NW Mutual Life Ins. ($500K death ben.) | | $0.00 |
| 10.  Annuities (name issuers) | N | | | |
| 11.  Interests in education IRA As defined in 26 USC 530(b)(1) Or under qualified State tuition Plan defined in 26 USC 529(b)(1). Itemize. File per 11 USC 521(c). | N | | | |

**In re:  CHRISTIAAN P. VAN DEUR, JR.,  Debtor.**   Case No.  **09 B**

## SCHEDULE B – PERSONAL PROPERTY (continued)

| Type of property | NONE | Description and location of property | HWJC | Current Market Value of debtor's Interest without Deducting claim Or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, Keogh, ERISA, or other pension or Profit sharing plans. Itemize. | | TSP Government Thrift Plan ($24,000.00 loan) | | $56,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | N | | | |
| 15. Government and corporate bonds, negotiable instruments. | N | | | |
| 16. Accounts receivable. | N | | | |
| 17. Alimony/maintenance, support and property settlements to which debtors may be entitled. | N | | | |
| 18. Tax refunds and other liquidated debts owed to debtors. | N | | | |
| 19. Equitable or future interests, life estates, powers fbo debtor. | N | | | |
| 20. Contingent and noncontingent interests in estate of decedent. | N | | | |
| 21. Liquidated and unliquidated claims, including counterclaims. | | | | |
| 22. Patents, copyrights, and other intellectual property. Itemize. | N | | | |
| 23. Licenses, franchises and other general intangibles. | N | | | |
| 24. Customer lists containing Personally identifiable information (11 USC 101(41A)) provided to The debtor by individuals. | N | | | |
| 25. Automobiles, trucks, trailers, other vehicles and accessories. | | 2007 Honda Civic automobile | | $10,000.00 |
| 26. Boats, motors, accessories. | | 1993 Four Winns 230 Horizon Boat (Winthrop Harbor, IL drystack) | | $1,000.00 |
| 27. Aircraft and accessories. | N | | | |
| 28. Office equipment, furnishings, and supplies. | N | | | |
| 29. Machinery, fixtures, supplies and equipment used in business. | N | | | |
| 30. Inventory. | N | | | |
| 31. Animals. | N | | | |
| 35. Other personal property of all descriptions not listed above. Itemize. | | Timeshare interest in vacation home | | $500.00 |
| | | **TOTAL** | | **$74,050.00** |

__0__  continuation sheets attached     (Report Total also on Summary of Schedules)

**In re:  CHRISTIAAN P. VAN DEUR, JR., Debtor.**     Case No.  **09 B**

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which Debtor is entitled under:
\_\_\_\_  11 U.S.C. 522(b)(2):
\_X\_\_  11 U.S.C. 522(b)(3):

\_\_\_  Check if Debtor claims a homestead exemption that exceeds $136,875.

| Description of property | Specify law Providing each Exemption | Value of Exemption Claimed | Current Market Value of Property without deducting exemption |
|---|---|---|---|
| Cash on Hand | 735 ILCS Sec. 5/12-1001(b) | $100.00 | $100.00 |
| Checking account | 735 ILCS Sec. 5/12-1001(b) | $1,400.00 | $1,400.00 |
| Savings account (ING) | 735 ILCS Sec. 5/12-1001(b) | $100.00 | $100.00 |
| Savings Account | 735 ILCS Sec. 5/12-1001(b) | $900.00 | $900.00 |
| Wearing apparel | 735 ILCS Sec. 5/12-1001(a) | $900.00 | $900.00 |
| 2007 Honda Civic Automobile | 735 ILCS Sec. 5/12-1001(c) | $2,400.00 | $10,000.00 |
| Residence at 419 Greenleaf Wilmette, Ill.  60091 | 735 ILCS Sec. 5/12-901 | $15,000.00 | $15,000.00 |
| TSP Government Thrift Plan | 735 ILCS Sec. 5/12-1006 | $56,000.00 | $56,000.00 |

**In re: CHRISTIAAN P. VAN DEUR, JR., Debtor.**                     Case No. **09 B**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

_____ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| Account No. 94505174<br>American Honda Finance<br>PO Box 5308<br>Elgin, IL 60121-5308 | | 2007 Honda Civic SI automobile<br>Property purchased 2007<br>Value: $10,000.00 | $15,707.51 | $0.00 |
| Acct. No. 8500229022<br>Harris Bank – CLC Svcg.<br>PO Box 5043<br>Rolling Meadows, IL 60008 | | Residential real estate parcel<br>Mortgage Loan (419 Greenleaf, Wilmette, IL 60091 - $420,000) | $389,390.43 | $0.00 |
| Account No. 0052896404<br>Wells Fargo Bank<br>PO Box 14411<br>Des Moines, IA 50306-3411 | | One-half interest in condominium residential real estate parcel<br>204 Leonard Wood S., Unit #104<br>Highland Park, IL 60035<br>Purchased with Christine Van Deur<br>Value: $300,000.00 (Debtor has undivided ½ interest) | $191,352.00 | $0.00 |
| Account No. 65088967391988<br>Wells Fargo Bank<br>PO Box 4233<br>Portland, OR 97208-4233 | | One-half interest in condominium residential real estate parcel<br>204 Leonard Wood S., Unit #104<br>Highland Park, IL 60035<br>Purchased with Christine Van Deur<br>Value: $300,000.00 (Debtor has undivided ½ interest) | $25,000.00 | $0.00 |
| Acct No.<br>Vacation Resorts, International<br>1521 East 3900 South<br>Salt Lake City, UT 84124 | | Timeshare dues --<br>Timeshare interest in real estate located in VRI Units 304, 305<br>Vail, Colorado<br>Value: $6,000.00 | $4,000.00 | |

                                                    TOTAL     $625,449.94

__0__ continuation sheets attached                     (Report also on Summary of Schedules)

**In re:  CHRISTIAAN P. VAN DEUR, JR.,  Debtor.**      Case No.  **09 B**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

_X_   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__ Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__ Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__ Contributions to employee benefit plans.   11 U.S.C. Section 507(a)(4)
__ Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)
__ Deposits by individuals. .  11 U.S.C. Section 507(a)(6)
__ Alimony, Maintenance or Support.  Claims of former spouse or child.  11 U.S.C. Section 507(a)(7)
__ Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__ Commitments to maintain the capital of an insured depositary institution.   11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority | Amount NOT entitled to priority |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |

                                                         TOTAL         $0.00

__0__ continuation sheets attached                              (Report also on Summary of Schedules)

**In re:  CHRISTIAAN P. VAN DEUR, JR., Debtor.**     Case No.  **09 B**

**SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No.<br>Addis Greenberg & Schultz<br>707 Skokie Blvd.<br>Suite 540<br>Northbrook, IL  60062 | | Legal expenses | | $2,400.00 |
| Acct No.<br>James V. Daffada<br>1150 Wilmette Ave.<br>Wilmette, IL  60091 | | Legal expenses | | $1,500.00 |
| Acct. No.<br>Christine Van Deur<br>204 Leonard Wood S.<br>Highland Park, IL  60035 | | Personal loan | | $14,000.00 |
| Acct. No. 79068-92159<br>Wells Fargo Bank<br>PO Box 650725<br>Dallas, TX  75265-0725 | | Student Loan | | $9,167.00 |
| Acct. No.<br>US Department of Transportation<br>1200 New Jersey Ave.<br>Washington, DC 20590 | | Thrift Savings Plan Loan | | $9,000.00 |
| Acct. No. 78439<br>FAA First Federal Credit Union<br>PO Box 5003<br>Hawthorne, CA  90251-9801 | | Revolving charge / Credit Line | | $18,356.00 |
| Acct. No. 6035320116068279<br>Home Depot<br>PO Box 689100<br>Des Moines, IA  50368-9100 | | Revolving charge | | $15,329.92 |

Subtotal this page (1 of 2)                                                                                                    $69,752.92

| | | |
|---|---|---|
| Acct. No. 5424180881349366<br>Citibank<br>Box 6000<br>The Lakes, NV  89163-6000 | Revolving charge | $42,153.00 |
| Acct. No. 4388576028877119<br>Chase Bank<br>PO Box 15153<br>Wilmington, DE  19886-5153 | Revolving charge | $22,820.00 |

Subtotal this page (2 of 2)                                                                                   $64,973.00

**TOTAL**                                                                                                          **$134,725.92**

__0__  continuation sheets attached                                    (Report also on Summary of Schedules)

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eight sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:    5/18/2009

          Signature (electronic):_____/S/_____
                              **CHRISTIAAN P. VAN DEUR, JR.**